BUTLER *et al.* v. STEWART, tax-collector, *et al.*

ATKINSON, J. This case is similar to that of *Latham* v. *Stewart*, ante, (78 S. E. 812), and is controlled by the decision therein rendered. The parties seeking the injunction in this case were engaged in peddling fruits, consisting of oranges, apples, and bananas.

*Judgment reversed. All the Justices concur, except Lumpkin and Hill, JJ., dissenting.*

JUNE 17, 1913.

Petition for injunction. Before Judge Ellis. Fulton superior court. January 30, 1913.

*Nathan Coplan,* for plaintiffs.

*Brantley, Jones & Brantley,* for defendants.